DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW CARLSON,**
Appellant,

v.

**SHERI CARLSON** and **ROBERT CROCKER,**
Appellees.

No. 4D21-3068

[October 20, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 502020CP005469.

Shlomo Y. Hecht of Shlomo Y. Hecht, P.A., Miramar, for appellant.

Rae Lynn Mosier and Brian C. Valentine of The Law Office of MosierValentine, PA, Fort Lauderdale, for appellee Sheri Carlson.

Marianne Moran of Moran & Associates, Palm Beach, for appellee Robert Crocker.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***